S. LANE TUCKER
United States Attorney

JENNIFER IVERS
JAMES KLUGMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>SHAWN KENNY MAY,<br><br>      Defendant. | No. 3:23-cr-00081-SLG-KFR<br><br>COUNT 1<br>AGGRAVATED SEXUAL ABUSE<br> Vio. of 18 U.S.C. § 2241(a)<br><br>COUNT 2<br>SEXUAL ABUSE<br> Vio. of 18 U.S.C. § 2242(3) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

In or around March 2020, in the District of Alaska, within the boundaries of Joint Base Elmendorf-Richardson, an area within the special maritime and territorial jurisdiction of the United States, the defendant, SHAWN KENNY MAY, did knowingly cause and attempt to cause the victim to engage in a sexual act, to wit, contact between the penis and

vulva, by the use of force against the victim.

All of which is in violation of 18 U.S.C. § 2241(a).

## COUNT 2

In or around March 2020, in the District of Alaska, within the boundaries of Joint Base Elmendorf-Richardson, an area within the special maritime and territorial jurisdiction of the United States, the defendant, SHAWN KENNY MAY, did knowingly cause and attempt to cause the victim to engage in a sexual act, to wit, contact between the penis and the vulva, without the victim's consent, to include doing so through coercion.

All of which is in violation of 18 U.S.C. § 2242(3).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Jennifer Ivers
JENNIFER IVERS
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney

DATE: 9/20/2023